THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF CONSTANTIA and CARROLL BEST, as Supervisor of the Town of Constantia, Relators, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent, and the CITY

OF OSWEGO and Others.— Record as filed approved. Original exhibits may be filed, without printing, and treated as part of the record. Application for extension of time denied, without prejudice to a renewal thereof if necessary. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.